FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 28 2007 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GEORGE ASHKAR,

                Plaintiff,

-against-

TED GANSLER, M.D., American Cancer
Society, National Home Office,
1599 Clifton Road, NE, Atlanta, GA
30329-4251 USA

                Defendant.
------------------------------------------------------------X

<u>CIVIL JUDGMENT</u>
07-CV-4389 (JG)

Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

                                    s/
                                JOHN GLEESON
                                United States District Judge

Dated:     Brooklyn, New York
              November 27, 2007